UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY RAY PERRY,<br>　　　　Petitioner,<br>　v.<br>RAYMOND MADDEN,<br>　　　　Respondent. | NO. EDCV 15-2003-GW (AGR)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS ADJUDGED that Respondent's Motion to Dismiss the petition is granted.

DATED: May 31, 2016

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　GEORGE H. WU
　　　　　　　　　　　　　　　　　　　　United States District Judge